[No. 62443-1-I.  Division One.  July 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDALL SHAWN WRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-03497-2, Bruce I. Weiss, J., entered September 23, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Becker, J., concurred in by Cox and Leach, JJ.

[No. 62509-8-I.  Division One.  July 20, 2009.]

ANTHONY ASUNCION ET AL., *Appellants*, v. THE CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-20670-1, Monica J. Benton, J., entered September 17, 2008. *Affirmed in part* and *reversed in part* by unpublished opinion per Appelwick, J., concurred in by Ellington and Leach, JJ.

[No. 62518-7-I.  Division One.  July 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JOE LACEY JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-03336-4, Joan E. DuBuque, J., entered October 17, 2008. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Agid and Dwyer, JJ.

[No. 62527-6-I.  Division One.  July 20, 2009.]

D. VINCE CARLSON ET AL., *Respondents*, v. GAEL GABLE ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-08411-0, Suzanne M. Barnett, J., entered September 18, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Cox, J., concurred in by Becker and Ellington, JJ.